ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :  **ORDER**
        -v.-                           :
                                       :
DANIEL WELCOME,"                       :  21 MAG 2047
                                       :
        Defendant.                     :
                                       :
--------------------------------------- X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Andrew Jones;

It is found that the Complaint and docket in the above-captioned action, 21 MAG 2047, are currently sealed and the United States Attorney's Office has applied to have that Complaint and docket unsealed, and it is therefore

ORDERED that the Complaint and docket in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         March 23, 2022

_____
HONORABLE BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE